FIELD HYBRIDS, LLC,
Plaintiff/Counterclaim
Defendant–Appellant,

and

Bruce F. Field and Spencer E. Adler,
Counterclaim Defendants–
Appellees,

v.

TOYOTA MOTOR CORP. and Toyota Motor Sales, U.S.A., Inc., Defendants/Counterclaimants–Cross Appellants.

No. 05–1293, 05–1294.

United States Court of Appeals,
Federal Circuit.

Sept. 20, 2005.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Stephen D. FREEMAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 05–3323.

United States Court of Appeals,
Federal Circuit.

Sept. 21, 2005.

Stephen D. Freeman, pro se.

## ORDER

Order Vacated, see 2005 WL 2891783.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.